THE UPTON COMPANY, Respondent, *v.* KATE FLYNN, Indi-
vidually and as Executrix of JERRY FLYNN, Deceased,
Appellant, Impleaded with Another.

*Upton Co.* v. *Flynn*, 169 App. Div. 79, affirmed.
(Argued May 3, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,

entered August 18, 1915, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a decision of the Monroe County Court at a Trial Term, without a jury, in an action to foreclose a mechanic's lien.

*Glenn L. Buck* for appellant.

*William T. Plumb* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.